## A08A1243. DOLLAR et al. v. GRAMMENS et al.
(702 SE2d 791)

PHIPPS, Presiding Judge.

In *Grammens v. Dollar*,[1] the Supreme Court of Georgia reversed Division 1 of this court's opinion in *Dollar v. Grammens*.[2] Accordingly, we vacate Division 1 of our earlier opinion and adopt the opinion of the Supreme Court as our own in its stead. The remainder of our earlier opinion remains unchanged.

*Judgment affirmed. Barnes, P. J., and Johnson, J., concur.*

DECIDED NOVEMBER 10, 2010.

*Holland, Schaeffer, Roddenbery & Blitch, James D. Blitch IV*, for appellants.

*Harben, Hartley & Hawkins, Phillip L. Hartley, Martha M. Pearson, Gray, Rust, St. Amand, Moffett & Brieske, Matthew G. Moffett, Wayne S. Melnick*, for appellees.

---

[1] 287 Ga. 618 (697 SE2d 775) (2010).
[2] 294 Ga. App. 888 (670 SE2d 555) (2008).